```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MICHELE C. MARCHAND
    Assistant United States Attorney
 6  California Bar No. 93390
    Asset Forfeiture Section
 7       U.S. Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213)894-2727
 9       Facsimile: (213)894-7177
         E-Mail: Michele.Marchand@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CV 09-02927-DMG(MANx) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CONSENT JUDGMENT OF FORFEITURE AS TO CLAIMANTS DEUCE ENTERTAINMENT, LLC; ELEANOR NEMAN; ROBBIE NEMAN; 26 PRMS PROPERTIES, LLC; AMIR AHDOOT; 26 LAND PROPERTIES, LLC; ELEANOR AHDOOT; ALAN AHDOOT; GAME NET, LLC; 26 BEAR VALLEY, LLC; ROOHALLAH AHDOOT; ASFANEH AHDOOT; AND GAME SOURCE, INC.** *[33] NO JS-6* [This judgment is not case-dispositive] |
| $650,493.29 in Bank Funds, | ) | |
| Defendant. | ) | |
| DEUCE ENTERTAINMENT, LLC; ELEANOR NEMAN; ROBBIE NEMAN; 26 PRMS PROPERTIES, LLC; AMIR AHDOOT; 26 LAND PROPERTIES, LLC; ELEANOR AHDOOT; ALAN AHDOOT; GAME NET, LLC; 26 BEAR VALLEY, LLC; ROOHALLAH AHDOOT; ASFANEH AHDOOT; GAME SOURCE, INC.; and JUAN ARIAS. | ) | |
| Claimants. | ) | |

Plaintiff United States of America ("plaintiff" or "the government") initiated this action by filing a Verified Complaint

for Forfeiture on April 27, 2009.  Notice was given and published in accordance with law.  Deuce Entertainment, LLC; Eleanor Neman; Robbie Neman; 26 PRMS Properties, LLC; Amir Ahdoot; 26 Land Properties, LLC; Eleanor Ahdoot; Alan Ahdoot; Game Net, LLC; 26 Bear Valley, LLC; Roohallah Ahdoot; Asfaneh Ahdoot; and Game Source, Inc. (hereinafter "said claimants") filed timely claims and answers and the time for filing claims and answers has expired.[1]  Plaintiff and said claimants have reached an agreement that is dispositive of their claims in this action.  Plaintiff and said claimants hereby request that the Court enter this Consent Judgment of Forfeiture as to said claimants.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

    1.   This court has jurisdiction over the parties and the subject matter of this action.

    2.   Notice of this action has been given in accordance with law.  All potential claimants to $400,757.27 (seized from said claimants) of the defendant $650,493.29 in bank funds ("defendant bank funds"), other than said claimants are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

    3.   The United States of America shall have judgment as to $200,378.63 of the $400,757.27 in bank funds seized from said claimants and all interest earned thereon.  No other person or entity shall have any right, title or interest in the forfeited bank funds.  The United States Marshals Service is ordered to

---

[1] Claimant Juan Arias also filed a timely claim and answer as to $249,736.02 of the defendant bank funds which are not included in this Consent Judgment.

1  dispose of said assets in accordance with law.

2      4.   The remaining $200,378.64 of the $400,757.27 seized
3  from said claimants with all interest earned thereon shall be
4  returned to said claimants in care of their attorney, by check
5  made payable to "Stone and Stone, Attorney-Client Trust Account."
6  The check shall be mailed to Stanley H. Stone, Esq., Stone &
7  Stone, 15821 Ventura Boulevard, Suite 245, Encino, California
8  91436.

9      5.   Said claimants hereby release the United States of
10 America, its agencies, agents, and officers, including employees
11 and agents of the United States Federal Bureau of Investigation,
12 from any and all claims, actions or liabilities arising out of or
13 related to this action, including, without limitations, any
14 claims for attorney's fees, costs or interest which may be
15 asserted on behalf of said claimants, whether pursuant to 28
16 U.S.C. § 2465 or otherwise.

17     6.   The Court finds that there was reasonable cause for the
18 / / /
19 / / /
20 / / /

seizure of the defendant bank funds and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: February 25, 2010

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**