GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
Assistant United States Attorney
California Bar No. 93390
Asset Forfeiture Section
    U.S. Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213)894-2727
    Facsimile: (213)894-7177
    E-Mail: Michele.Marchand@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$650,493.29 in Bank Funds,<br><br>    Defendant.<br><hr>DEUCE ENTERTAINMENT, LLC; ELEANOR NEMAN; ROBBIE NEMAN; 26 PRMS PROPERTIES, LLC; AMIR AHDOOT; 26 LAND PROPERTIES, LLC; ELEANOR AHDOOT; ALAN AHDOOT; GAME NET, LLC; 26 BEAR VALLEY, LLC; ROOHALLAH AHDOOT; ASFANEH AHDOOT; GAME SOURCE, INC.; and JUAN ARIAS.<br><br>    Claimants. | NO.  CV 09-02927-DMG(MANx)<br><br>**FINAL CONSENT JUDGMENT OF FORFEITURE** JS-6<br><br>[This proposed judgment is case-dispositive] |

    Plaintiff United States of America ("plaintiff" or "the government") initiated this action by filing a Verified Complaint

for Forfeiture on April 27, 2009. Notice was given and published in accordance with law. Deuce Entertainment, LLC; Eleanor Neman; Robbie Neman; 26 PRMS Properties, LLC; Amir Ahdoot; 26 Land Properties, LLC; Eleanor Ahdoot; Alan Ahdoot; Game Net, LLC; 26 Bear Valley, LLC; Roohallah Ahdoot; Asfaneh Ahdoot; Game Source, Inc.; and Juan Arias (hereinafter "claimant Arias") filed timely claims and answers and the time for filing claims and answers has expired.[1] Claimant Arias is the sole claimant to the $249,736.02 in bank funds referenced herein. Plaintiff and claimant Arias have reached an agreement that is dispositive of all remaining claims in this action. Plaintiff and claimant Arias hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.  This court has jurisdiction over the parties and the subject matter of this action.

2.  Notice of this action has been given in accordance with law. All potential claimants to $249,736.02 (seized from claimant Arias) of the defendant $650,493.29 in bank funds ("defendant bank funds"), other than claimant Arias are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.  Plaintiff United States of America shall have judgment as to $50,000.00 of the defendant $249,736.02 in bank funds

---

[1] A Consent Judgment of Forfeiture resolving the claims of Deuce Entertainment, LLC; Eleanor Neman; Robbie Neman; 26 PRMS Properties, LLC; Amir Ahdoot; 26 Land Properties, LLC; Eleanor Ahdoot; Alan Ahdoot; Game Net, LLC; 26 Bear Valley, LLC; Roohallah Ahdoot; Asfaneh Ahdoot; and Game Source, Inc. to $400,757.27 of the defendant bank funds was entered on February 25, 2010.

seized from claimant Arias and all interest earned thereon. No other person or entity shall have any right, title or interest in the forfeited bank funds. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. The remaining $199,736.02 of the $249,736.02 seized from claimant Arias with all interest earned thereon shall be returned to claimant Arias in care of his attorney, by check made payable to "Thomas P. Sleisenger, Attorney-Client Trust Account." The check shall be mailed to Thomas P. Sleisenger, Esq., Law Offices of Thomas P. Sleisenger, 1901 Avenue of the Stars, Suite 615, Los Angeles, California, 90067.

5. Claimant Arias hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the United States Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitations, any claims for attorney's fees, costs or interest which may be asserted on behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the

/ / /
/ / /
/ / /

seizure of the defendant bank funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: March 2, 2010

THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: February 26, 2010

GEORGE S. CARDONA
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

MICHELE C. MARCHAND
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: February 22, 2010

LAW OFFICES OF THOMAS P. SLEISENGER

THOMAS P. SLEISENGER

Attorney for Claimant
Juan Arias

CC: FISCAL